IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JANE NELSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **8:05CV538** |
| **CADCO, INC., d/b/a/ FASHION** | ) | |
| **CLEANERS, a Nebraska corporation,** | ) | **ORDER** |
| **KERMIT R. ENGH, and SHERRY** | ) | |
| **GOFORTH,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

Plaintiff has submitted a civil complaint and affidavit and application to proceed in forma pauperis. Plaintiff is represented by counsel. Upon review of the papers,

**IT IS ORDERED:**

1. Plaintiff's motion for leave to proceed in forma pauperis (#3) is granted in that the complaint shall be filed without payment of fees.

2. If requested to do so, the United States Marshal shall serve all process in this case without prepayment of fees from the plaintiff or security therefor. In making such a request, plaintiff's counsel must complete the Marshal's Form 285, to be submitted to the Marshal with the completed summons forms and copies of the complaint.

3. This order is entered without prejudice to the court later entering an order taxing costs in this case. No one, including the plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

**DATED December 12, 2005.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**