IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JANE NELSON,** | ) | **CASE NO. 8:05CV538** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **CADCO, INC., A Nebraska** | ) | |
| **Corporation d/b/a Fashion Cleaners,** | ) | |
| **KERMIT R. ENGH, and** | ) | |
| **SHERRY GOFORTH,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Notice of Dismissal (Filing No. 5), which was filed before the Defendants filed an answer or other response. I find that the Notice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(i). Accordingly,

IT IS ORDERED:

1) The Plaintiff's Notice of Dismissal (Filing No. 5) is approved;

2) The Complaint is dismissed with prejudice; and

3) The parties shall pay their own costs and attorney fees unless otherwise agreed by and between them.

DATED this 15th day of March, 2006.

BY THE COURT

s/Laurie Smith Camp
United States District Judge